UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on September 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Ramadan Haddad

Debtor(s)

Case No.: 18-11113 / CMG

Hearing Date: 09/16/2020

Judge: Christine M. Gravelle

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: September 17, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $7,960.00 paid to date

- Debtor(s) shall remit $282.00 per month to the Trustee for 28 months beginning 10/1/20

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.