| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Financial Resources Federal Credit Union | **Order Filed on January 6, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No: __18-11113 CMG__ |
| In Re:<br>     Haddad, Ramadan<br><br>     Kharbouche, Latifa | Chapter: __13__<br><br>Hearing Date: __01/06/2021__<br>Judge:  Christine M. Gravelle |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 6, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Financial Resources Federal Credit Union</u>, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ☒ Real Property More Fully Described as:

    **Land and premises commonly known as     88 Sand Hills Rd, Kendall Park NJ 08824**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                        Case No. 18-11113-CMG
Ramadan Haddad                                                                                  Chapter 13
         Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                                                     Page 1 of 2
Date Rcvd: Jan 06, 2021            Form ID: pdf903                                           Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

**Recip ID**      **Recipient Name and Address**
db                     Ramadan Haddad, 88 Sand Hills Rd, Kendall Park, NJ 08824-1340

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021                       Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:**

**Name**                                **Email Address**

Albert Russo
                                               on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                                               docs@russotrustee.com

Denise E. Carlon
                                               on behalf of Creditor Financial Resources Federal Credit Union dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin Gordon McDonald
                                               on behalf of Creditor Financial Resources Federal Credit Union kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Michael R. DuPont
                                               on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com

Rebecca Ann Solarz
                                               on behalf of Creditor Financial Resources Federal Credit Union rsolarz@kmllawgroup.com

Thomas M. Monahan
                                               on behalf of Debtor Ramadan Haddad simonmonahan216@gmail.com tommon1@aol.com

U.S. Trustee
                                               USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jan 06, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 8